# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **DONDERRIOUS WILLIAMS, # 251429,** | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO. 18-00432-KD-B |
| **CYNTHIA D. STEWART,** *et al.* | * |
| Defendant. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated October 11, 2019 (Doc. 6) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Plaintiff's complaint be **dismissed without prejudice**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim upon which relief can be granted.

**DONE** this **7th** day of **November, 2019.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**